

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-20-00603-CV

Richard **LARES**,
Appellant

v.

Martha **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-107990
Honorable Michael E. Mery, Judge Presiding

# O R D E R

A supplemental clerk's record was filed on September 13, 2021. The record indicates that appellant is indigent and is entitled to a free reporter's record. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145. Accordingly, we ORDER the court reporter to file the reporter's record *within thirty (30) days* from the date of this order. If neither the reporter's record nor a notification of late record is timely filed, a show cause order will be issued. TEX. R. APP. P. 37.3(a)(1). The clerk of this court is instructed to send a copy of this order to the court reporter, the parties, and the trial court. *Id.*

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court